**Opinion issued August 31, 2012**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

**NOS. 01-12-00344-CR
01-12-00634-CR**

—————————————

**IN RE NORRIS SKINNER, Relator**

———————————————————————————————————————

**Original Proceedings on Petitions for Writs of Mandamus**

———————————————————————————————————————

## MEMORANDUM OPINION

Relator Norris Skinner filed petitions for writs of mandamus complaining of

Judge Ellis's actions in the underlying case.[1]  Skinner has since filed motions to

dismiss, which we grant.

---

[1]     The Honorable Mark Kent Ellis, judge of the 351st District Court of Harris County, Texas.  The underlying lawsuit is *State v. Skinner*, No. 1241923 (351st Dist. Ct., Harris County, Tex., Jan. 24, 2011), *appeal dismissed*, No. 01-12-00290-CR (Tex. App.—Houston [1st Dist.] June 28, 2012, no pet.).

Accordingly, we dismiss the petitions for writs of mandamus.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Sharp.

Do not publish.  TEX. R. APP. P. 47.2(b).